# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32658

————————————

### UNITED STATES
*Appellee*

**v.**

### Jesse SETHI
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 5 April 2021

————————————

*Military Judge*: Thomas J. Alford.

*Sentence*: Sentence adjudged on 23 June 2020 by SpCM convened at Fairchild Air Force Base, Washington. Sentence entered by military judge on 7 July 2020: Bad-conduct discharge, confinement for 120 days, reduction to E-1, and a reprimand.

*For Appellant*: Major Christopher C. Newton, USAF.

*For Appellee*: Mary Ellen Payne, Esquire.

Before MINK, KEY, and ANNEXSTAD, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.).

Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court